# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2902
_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| David J. Pelowski, | * | |
| | * | **[UNPUBLISHED]** |
| Appellant. | * | |

_____

Submitted: January 15, 2003
Filed: January 21, 2003
_____

Before BYE, FAGG, and RILEY, Circuit Judges.
_____

PER CURIAM.

David Pelowski pled guilty to distributing 50 grams or more of a mixture containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii). At sentencing, the district court[1] applied the Guidelines career-offender provision; denied Pelowski's motion for a downward departure, which had been based upon overrepresentation of his criminal history and also upon the circumstances of one of the convictions underlying his career-offender status; and sentenced Pelowski to 188 months imprisonment and 5 years supervised release.

_____

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

Pelowski appeals, arguing the district court mistakenly believed it lacked authority to depart downward based on the circumstances of his career-offender status as distinct from the overrepresentation of his general criminal history.

Having carefully reviewed the record, we find no indication the district court believed it lacked authority to depart downward on either basis. Consequently, Pelowski's appeal argument is unreviewable. See United States v. Correa, 167 F.3d 414, 417 (8th Cir. 1999).

Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.